JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>JACK V. HOFFMANN; DOES 1 to 10,<br><br>Defendants. | Case No.: 2:23-cv-03188-RGK (JPRx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[15] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction over the settlement up until September 01, 2023.

SO ORDERED.

DATED: 8/1/2023

_____
Hon. R. Gary Klausner
United States District Court Judge